684

■ PATRICIA C. DOOLITTLE, Respondent, v. WARREN J. DOOLITTLE, III, Appellant.—

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Bastow, JJ.